

# The Commonwealth of Massachusetts
## Executive Office of Health and Human Services
## Department of Public Health
### William A. Hinton State Laboratory Institute
### 305 South Street, Jamaica Plain, MA 02130
### 617-983-6622

Deval L. Patrick
Governor

Timothy P. Murray
Lt. Governor

Judyann Bigby, MD
Secretary

John Auerbach
Commissioner

DATE RECEIVED: 12/07/2010
DATE ANALYZED: 12/10/2010

NO. B10-14258

I hereby certify that the   Substance
Contained in   1 plastic bag                    MARKED: B10-14258
Submitted by   P.O. Diana Lopez of the Boston D.C.U. Police Dept.

Has been examined with the following results:
The substance was found to contain:
Cocaine base, a derivative of Coca leaves, as defined by Chapter 94C,
Controlled Substance Act, Section 31, Class B.

NET WEIGHT:      5.89    grams

DEFENDANT:   KNOWN TO COMM.

_____
ASSISTANT ANALYST                    Annie Dookhan          Daniel Renczkowski

On this day <u>December 10, 2010</u>, before me, the undersigned notary public, personally appeared the above signed subscriber(s), having proved to me through Department of Public Health documentation to be the person(s) whose name(s) is/are signed on this certificate and to be (an) assistant analyst(s) of the Department of Public Health, and who swore to me that the contents of this document are truthful and accurate to the best of his/her/their knowledge and belief.

Lisa Glazer
Notary Public
Commonwealth of Massachusetts
My commission expires on
July 16, 2015

Lisa Glazer, NOTARY PUBLIC
My commission expires on July 16, 2015

Chapter 111, Section 13 of the General Laws
This certificate shall be sworn to before a Justice of the Peace or Notary Public, and the jurat shall contain a statement that the subscriber is the analyst or assistant analyst of the department. When properly executed, it shall be prima facie evidence of the composition, quality, and the net weight of the narcotic or other drug, poison, medicine, or chemical analyzed, and the court shall take judicial notice of the signature of the analyst or assistant analyst, and of the fact that he/she is such.

Image Name: B10-14415.jpg
Description: cert



# The Commonwealth of Massachusetts
## Executive Office of Health and Human Services
## Department of Public Health
### William A. Hinton State Laboratory Institute
### 305 South Street, Jamaica Plain, MA 02130.
### 617-983-6622

Deval L. Patrick
Governor

Timothy P. Murray
Lt. Governor

Judyann Bigby, MD
Secretary

John Auerbach
Commissioner

DATE RECEIVED:   12/10/2010
DATE ANALYZED:   01/19/2011

NO.  B10-14415

I hereby certify that the  Substance
Contained in  2 plastic bags            MARKED:  B10-14415
Submitted by  P.O. SYBIL WHITE of the Boston D.C.U. Police Dept.

Has been examined with the following results:
The substance was found to contain:
Cocaine base, a derivative of Coca leaves, as defined by Chapter 94C,
Controlled Substance Act, Section 31, Class B.

NET WEIGHT:   .6.02   grams

DEFENDANT:  KNOWN TO COMM

ASSISTANT ANALYST                 Annie Dookhan                Kate Corbett

On this day, January 24, 2011, before me the undersigned notary public, personally appeared the above signed
subscriber(s), having proved to me through Department of Public Health documentation to be the person(s) whose
name(s) is/are signed on this certificate and to be an assistant analyst(s) of the Department of Public Health, and
who swore to me that the contents of this document are truthful and accurate to the best of his/her/their knowledge
and belief.



Lisa Glazer
Notary Public
Commonwealth of Massachusetts
My commission expires on
July 16, 2015

Lisa Glazer, NOTARY PUBLIC
My commission expires on July 16, 2015

Chapter 111, Section 13 of the General Laws
This certificate shall be sworn to before a Justice of the Peace or Notary Public, and the jurat shall contain a
statement that the subscriber is the analyst or assistant analyst of the department. When properly executed, it shall
be prima facie evidence of the composition, quality, and the net weight of the narcotic or other drug, poison,
medicine, or chemical analyzed, and the court shall take judicial notice of the signature of the analyst or assistant
analyst, and of the fact that he/she is such.

#148    TOTAL P.01



**Deval L. Patrick**
Governor

# The Commonwealth of Massachusetts
## Executive Office of Health and Human Services
## Department of Public Health
### William A. Hinton State Laboratory Institute
### 305 South Street, Jamaica Plain, MA 02130
### 617-983-6622

Timothy P. Murray
Lieutenant Governor

JudyAnn Bigby, MD
Secretary

John Auerbach
Commissioner

DATE RECEIVED: 12/23/2010
DATE ANALYZED: 02/14/2011

NO. B10-14779

I hereby certify that the  Substance
Contained in  2 plastic bags                          MARKED: B10-14779
Submitted by  P.O. CRAIG SMALLS of the Boston D.C.U. Police Dept.

Has been examined with the following results:
The substance was found to contain:
Cocaine base, a derivative of Coca leaves, as defined by Chapter 94C,
Controlled Substance Act, Section 31, Class B.

NET WEIGHT:      6.07    grams

DEFENDANT:   WILLIAMS, MELODY

_____            Annie Dookhan            Kate Corbett
ASSISTANT ANALYST

On this day, February 14, 2011, before me, the undersigned notary public, personally appeared the above signed subscriber(s), having proved to me through Department of Public Health documentation to be the person(s) whose name(s) is/are signed on this certificate and to be (an) assistant analyst(s) of the Department of Public Health, and who swore to me that the contents of this document are truthful and accurate to the best of his/her/their knowledge and belief.



Stacey Desjardins
Notary Public
Commonwealth of Massachusetts
My commission expires on
July 8, 2016

Stacey Desjardins, NOTARY PUBLIC
My commission expires on July 8, 2016

Chapter 111, Section 13 of the General Laws
This certificate shall be sworn to before a Justice of the Peace or Notary Public, and the jurat shall contain a statement that the subscriber is the analyst or assistant analyst of the department. When properly executed, it shall be prima facie evidence of the composition, quality, and the net weight of the narcotic or other drug, poison, medicine, or chemical analyzed, and the court shall take judicial notice of the signature of the analyst or assistant analyst, and of the fact that he/she is such.

**Incident #:** 100679732



Deval L. Patrick
Governor

Timothy P. Murray
Lieutenant Governor

JudyAnn Bigby, MD
Secretary

John Auerbach
Commissioner

# The Commonwealth of Massachusetts
### Executive Office of Health and Human Services
### Department of Public Health
### William A. Hinton State Laboratory Institute
### 305 South Street, Jamaica Plain, MA 02130
### 617-983-6622

DATE RECEIVED:   12/23/2010
DATE ANALYZED:   02/14/2011

NO.  B10-14779

I hereby certify that the  Substance
Contained in  2 plastic bags                    MARKED:  B10-14779
Submitted by  P.O. CRAIG SMALLS of the Boston D.C.U. Police Dept.

Has been examined with the following results:
The substance was found to contain:
Cocaine base, a derivative of Coca leaves, as defined by Chapter 94C,
Controlled Substance Act, Section 31, Class B.

NET WEIGHT:    6.07   grams

DEFENDANT:  WILLIAMS, MELODY

ASSISTANT ANALYST                    Annie Dookhan          Kate Corbett

On this day, February 14, 2011, before me, the undersigned notary public, personally appeared the above signed
subscriber(s), having proved to me through Department of Public Health documentation to be the person(s) whose
name(s) is/are signed on this certificate and to be (an) assistant analyst(s) of the Department of Public Health, and
who swore to me that the contents of this document are truthful and accurate to the best of his/her/their knowledge
and belief.



Stacey Desjardins
Notary Public
Commonwealth of Massachusetts
My commission expires on
July 8, 2016

Stacey Desjardins, NOTARY PUBLIC
My commission expires on July 8, 2016

Chapter 111, Section 13 of the General Laws
This certificate shall be sworn to before a Justice of the Peace or Notary Public, and the jurat shall contain a
statement that the subscriber is the analyst or assistant analyst of the department. When properly executed, it shall
be prima facie evidence of the composition, quality, and the net weight of the narcotic or other drug, poison,
medicine, or chemical analyzed, and the court shall take judicial notice of the signature of the analyst or assistant
analyst, and of the fact that he/she is such.

| Image Name: | B10-14779.jpg |
|---|---|
| Description: | Cert |