UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 11-10020-DJC
)
LANCE HOLLOMAN )

AFFIDAVIT OF DEFENDANT

I, Lance Holloman, do hereby depose and say as follows:

1.  I am the defendant in the above-captioned case.

2.  On July 11, 2011, I plead guilty to a three-count information charging me with two counts of distribution of cocaine base and one count of possession with intent to distribute cocaine base.

3.  On November 4, 2011, I was sentenced to a 72-month term of imprisonment, to be followed by six years of supervised release. I currently am serving that sentence.

4.  In early September, 2012, I learned about the scandal involving state lab chemist Annie Dookhan. I also learned that Ms. Dookhan's name appears on the lab certifications regarding the alleged cocaine seized in connection with my case.

5.  If I had been aware that Ms. Dookhan had tampered with tests, failed to perform tests that she said she had performed, and failed to follow proper laboratory procedures, I would have elected to go to trial, rather than plead guilty, to the charges for which I currently am serving a sentence.

Signed under the pains and penalties of perjury,

*Lance Holloman*
LANCE HOLLOMAN

Dated: *11-19-2012*