

## Activity Summary
## Consolidated

07/21/2015 00:00 - 08/11/2015 23:59

Report Date: 08/12/2015 09:47

**Client:** Holloman, Lance

**Officer Name:** Moriarty, Christopher          **Agency Name:** US Pb-MA-Worcester

**Client:** Holloman, Lance



**Case ID:** 23426
**Time Zone:** EST
**Service Plan:**
**Self Pay:** Yes

### Effective Zones and Schedules
**RF SCHEDULES**
07/21/2015 11:40 - 08/11/2015 23:59

| SCHEDULE | GRACE | SCHEDULE NAME | START DATE | END DATE |
|---|---|---|---|---|
| TUE 07/21 06:00 - TUE 07/21 22:00 | 30 | 30 day curfew | 07/21/2015 | |
| WED 07/22 06:00 - WED 07/22 22:00 | 30 | 30 day curfew | 07/21/2015 | |
| THU 07/23 06:00 - THU 07/23 22:00 | 30 | 30 day curfew | 07/21/2015 | |
| FRI 07/24 06:00 - FRI 07/24 22:00 | 30 | 30 day curfew | 07/21/2015 | |
| SAT 07/25 06:00 - SAT 07/25 22:00 | 30 | 30 day curfew | 07/21/2015 | |
| SUN 07/26 06:00 - SUN 07/26 22:00 | 30 | 30 day curfew | 07/21/2015 | |
| MON 07/27 06:00 - MON 07/27 22:00 | 30 | 30 day curfew | 07/21/2015 | |
| TUE 07/28 06:00 - TUE 07/28 22:00 | 30 | 30 day curfew | 07/21/2015 | |
| WED 07/29 06:00 - WED 07/29 22:00 | 30 | 30 day curfew | 07/21/2015 | |
| THU 07/30 06:00 - THU 07/30 22:00 | 30 | 30 day curfew | 07/21/2015 | |
| FRI 07/31 06:00 - FRI 07/31 22:00 | 30 | 30 day curfew | 07/21/2015 | |
| SAT 08/01 06:00 - SAT 08/01 22:00 | 30 | 30 day curfew | 07/21/2015 | |
| SUN 08/02 06:00 - SUN 08/02 22:00 | 30 | 30 day curfew | 07/21/2015 | |
| MON 08/03 06:00 - MON 08/03 22:00 | 30 | 30 day curfew | 07/21/2015 | |
| TUE 08/04 06:00 - TUE 08/04 22:00 | 30 | 30 day curfew | 07/21/2015 | |
| WED 08/05 06:00 - WED 08/05 22:00 | 30 | 30 day curfew | 07/21/2015 | |
| THU 08/06 06:00 - THU 08/06 22:00 | 30 | 30 day curfew | 07/21/2015 | |
| FRI 08/07 06:00 - FRI 08/07 22:00 | 30 | 30 day curfew | 07/21/2015 | |
| SAT 08/08 06:00 - SAT 08/08 22:00 | 30 | 30 day curfew | 07/21/2015 | |
| SUN 08/09 06:00 - SUN 08/09 22:00 | 30 | 30 day curfew | 07/21/2015 | |
| MON 08/10 06:00 - MON 08/10 22:00 | 30 | 30 day curfew | 07/21/2015 | |
| TUE 08/11 06:00 - TUE 08/11 22:00 | 30 | 30 day curfew | 07/21/2015 | |

### Alerts or Events
**07/21/2015**

| Alert # | Description | Comment | Device ID | Occurred | Received |
|---|---|---|---|---|---|
| | Callback | | 7035979 | 13:54 | 13:55 |
| | Location Verify Complete | | 7035979 | 13:55 | 13:55 |
| 177170530 | Transmitter Not Found | | 7035979 | 14:00 | 14:00 |
| 177172147 | Receiver Install Unsuccessful | Missing Tamper Reset, Transmitter Battery Restore | 7035979 | 14:25 | 14:25 |
| 177208947 | Did Not Enter | | 7035979 | 22:00 | 22:30 |
| | Transmitter First Found | | 7035979 | 23:20 | 23:21 |
| | Transmitter Mode Automatic | | 7035979 | 23:20 | 23:21 |
| | Transmitter Battery Restore | | 7035979 | 23:20 | 23:21 |

**07/22/2015**

| Alert # | Description | Comment | Device ID | Occurred | Received |
|---|---|---|---|---|---|
| | Callback (in range) | | 7035979 | 03:52 | 03:52 |
| | Leave | | 7035979 | 11:33 | 11:39 |
| | Enter | | 7035979 | 22:15 | 22:15 |

Case 1:11-cr-10020-DJC   Document 90-1   Filed 08/13/15   Page 2 of 7



**Activity Summary Consolidated**

07/21/2015 00:00 - 08/11/2015 23:59

Report Date: 08/12/2015 09:47

Client: Holloman, Lance

### 07/23/2015

| Alert # | Description | Comment | Device ID | Occurred | Received |
|---|---|---|---|---|---|
| | Callback (in range) | | 7035979 | 03:09 | 03:10 |
| | Leave | | 7035979 | 13:34 | 13:41 |
| | Enter | | 7035979 | 13:43 | 13:43 |
| | Leave | | 7035979 | 14:45 | 14:52 |
| | Enter | | 7035979 | 18:20 | 18:23 |
| | Data Link Lost Error | | 7035979 | 18:21 | 18:23 |
| | Leave | | 7035979 | 19:25 | 19:31 |
| | Enter | | 7035979 | 22:03 | 22:04 |
| 177378915 | Unauthorized Leave | | 7035979 | 23:33 | 23:40 |

### 07/24/2015

| Alert # | Description | Comment | Device ID | Occurred | Received |
|---|---|---|---|---|---|
| 177381029 | Unauthorized Enter | | 7035979 | 00:10 | 00:17 |
| | Phone Line tied up - 1st Attempt | | 7035979 | 00:11 | 00:17 |
| | Phone Line tied up - 2nd Attempt | | 7035979 | 00:12 | 00:17 |
| | No Ring Detected | | 7035979 | 00:14 | 00:17 |
| | Callback (in range) | | 7035979 | 04:55 | 04:56 |
| | Leave | | 7035979 | 06:43 | 06:50 |
| | Enter | | 7035979 | 15:00 | 15:04 |
| | Host No Answer | | 7035979 | 15:01 | 15:04 |
| | Leave | | 7035979 | 17:29 | 17:38 |
| | Data Link Lost Error | | 7035979 | 17:36 | 17:38 |
| | Enter | | 7035979 | 22:11 | 22:11 |

### 07/25/2015

| Alert # | Description | Comment | Device ID | Occurred | Received |
|---|---|---|---|---|---|
| | Callback (in range) | | 7035979 | 02:52 | 02:56 |
| | No Ring Detected | | 7035979 | 02:54 | 02:56 |
| | Leave | | 7035979 | 14:09 | 14:15 |
| | Enter | | 7035979 | 22:18 | 22:19 |

### 07/26/2015

| Alert # | Description | Comment | Device ID | Occurred | Received |
|---|---|---|---|---|---|
| | Callback (in range) | | 7035979 | 02:52 | 02:52 |
| | No Ring Detected | | 7035979 | 07:27 | 07:30 |
| | Leave | | 7035979 | 15:42 | 15:48 |
| 177612105 | Did Not Enter | | 7035979 | 22:00 | 22:30 |
| 177615240 | Unauthorized Enter | | 7035979 | 23:21 | 23:22 |

### 07/27/2015

| Alert # | Description | Comment | Device ID | Occurred | Received |
|---|---|---|---|---|---|
| | Callback (in range) | | 7035979 | 03:55 | 03:55 |
| | No Ring Detected | | 7035979 | 08:45 | 08:51 |
| | Host No Answer | | 7035979 | 08:48 | 08:51 |
| | Leave | | 7035979 | 13:00 | 13:06 |
| 177698055 | Did Not Enter | | 7035979 | 22:00 | 22:30 |
| | Notification Suspended | | | 22:15 | 22:16 |
| 177699931 | Unauthorized Enter | | 7035979 | 22:58 | 22:59 |

### 07/28/2015

| Alert # | Description | Comment | Device ID | Occurred | Received |
|---|---|---|---|---|---|
| 177715307 | Receiver Missed Callback | | 7035979 | 03:30 | 04:30 |
| | Receiver Restart | | 7753424 | 11:52 | 11:56 |
| 177735558 | Phone Loss | | 7753424 | 11:52 | 11:56 |
| | Cell Signal Acquired | | 7753424 | 11:52 | 11:56 |
| 177735557 | Missed Call Cleared | | 7753424 | 11:56 | 11:56 |



# Activity Summary
## Consolidated

07/21/2015 00:00 - 08/11/2015 23:59

Report Date: 08/12/2015 09:47

**Client:** Holloman, Lance

| Alert # | Description | Comment | Device ID | Occurred | Received |
|---|---|---|---|---|---|
|  | Transmitter First Found |  | 7753424 | 11:58 | 11:59 |
|  | Transmitter Mode Automatic |  | 7753424 | 11:58 | 11:59 |
|  | Transmitter Battery Restore |  | 7753424 | 11:58 | 11:59 |
|  | Notification Resumed |  |  | 12:00 | 12:00 |
| 177737553 | Receiver Install Unsuccessful | Missing Tamper Reset | 7753424 | 12:27 | 12:27 |
|  | Leave |  | 7753424 | 12:32 | 12:39 |
|  | Enter |  | 7753424 | 13:23 | 13:24 |
|  | Leave |  | 7753424 | 13:27 | 13:34 |
|  | Enter |  | 7753424 | 17:14 | 17:17 |
|  | Leave |  | 7753424 | 20:20 | 20:28 |
|  | Enter |  | 7753424 | 22:02 | 22:03 |

### 07/29/2015

| Alert # | Description | Comment | Device ID | Occurred | Received |
|---|---|---|---|---|---|
| 177792572 | Unauthorized Leave |  | 7753424 | 00:56 | 01:05 |
| 177793838 | Unauthorized Enter |  | 7753424 | 01:23 | 01:29 |
|  | Callback (in range) |  | 7753424 | 06:12 | 06:11 |
|  | Leave |  | 7753424 | 06:15 | 06:22 |
|  | Enter |  | 7753424 | 18:58 | 18:59 |
|  | Leave |  | 7753424 | 19:10 | 19:17 |
|  | Enter |  | 7753424 | 20:36 | 20:38 |
|  | Leave |  | 7753424 | 20:49 | 20:56 |
|  | Enter |  | 7753424 | 21:34 | 21:35 |

### 07/30/2015

| Alert # | Description | Comment | Device ID | Occurred | Received |
|---|---|---|---|---|---|
|  | Callback (in range) |  | 7753424 | 02:05 | 02:04 |
|  | Leave |  | 7753424 | 11:40 | 11:47 |
|  | Enter |  | 7753424 | 11:52 | 11:53 |
|  | Leave |  | 7753424 | 11:54 | 12:01 |
|  | Enter |  | 7753424 | 18:44 | 18:45 |
|  | Leave |  | 7753424 | 18:52 | 18:59 |
|  | Enter |  | 7753424 | 19:08 | 19:10 |
|  | Leave |  | 7753424 | 19:10 | 19:17 |
|  | Enter |  | 7753424 | 19:53 | 19:54 |
|  | Leave |  | 7753424 | 19:56 | 20:04 |
|  | Enter |  | 7753424 | 22:06 | 22:07 |
| 177954981 | Power Loss |  | 7753424 | 22:35 | 22:36 |

### 07/31/2015

| Alert # | Description | Comment | Device ID | Occurred | Received |
|---|---|---|---|---|---|
| 177962413 | Unauthorized Leave |  | 7753424 | 00:30 | 00:37 |
| 177972678 | Unauthorized Enter |  | 7753424 | 04:49 | 04:50 |
|  | Leave |  | 7753424 | 05:35 | 05:42 |
|  | Callback (out of range) |  | 7753424 | 10:23 | 10:21 |
|  | Enter |  | 7753424 | 12:15 | 12:16 |
|  | Leave |  | 7753424 | 12:26 | 12:33 |
|  | Enter |  | 7753424 | 16:34 | 16:36 |
|  | Leave |  | 7753424 | 16:47 | 16:54 |
|  | Enter |  | 7753424 | 17:03 | 17:04 |
|  | Leave |  | 7753424 | 17:03 | 17:10 |
|  | Enter |  | 7753424 | 20:31 | 20:32 |
|  | Leave |  | 7753424 | 21:34 | 21:44 |
|  | Notification Suspended |  |  | 22:00 | 22:01 |
| 178040570 | Did Not Enter |  | 7753424 | 22:00 | 22:30 |



**Activity Summary Consolidated**

07/21/2015 00:00 - 08/11/2015 23:59

Report Date: 08/12/2015 09:47

Client: Holloman, Lance

| Alert # | Description | Comment | Device ID | Occurred | Received |
|---|---|---|---|---|---|
| 178046594 | Unauthorized Enter | | 7753424 | 23:51 | 23:52 |

**08/01/2015**

| Alert # | Description | Comment | Device ID | Occurred | Received |
|---|---|---|---|---|---|
| | Callback (in range) | | 7753424 | 04:45 | 04:43 |
| | Leave | | 7753424 | 10:00 | 10:07 |
| | Enter | | 7753424 | 12:21 | 12:23 |
| 178082476 | Power Restore | | 7753424 | 13:12 | 13:16 |
| | Leave | | 7753424 | 13:30 | 13:37 |
| | Enter | | 7753424 | 16:39 | 16:40 |
| | Leave | | 7753424 | 17:20 | 17:27 |
| | Enter | | 7753424 | 18:36 | 18:38 |
| | Leave | | 7753424 | 19:02 | 19:08 |
| | Enter | | 7753424 | 22:02 | 22:04 |

**08/02/2015**

| Alert # | Description | Comment | Device ID | Occurred | Received |
|---|---|---|---|---|---|
| | Callback (in range) | | 7753424 | 02:48 | 02:47 |
| | Leave | | 7753424 | 14:18 | 14:25 |
| | Enter | | 7753424 | 14:46 | 14:47 |
| | Leave | | 7753424 | 15:08 | 15:16 |
| | Enter | | 7753424 | 17:38 | 17:40 |
| | Leave | | 7753424 | 18:37 | 18:44 |
| 178199546 | Did Not Enter | | 7753424 | 22:00 | 22:30 |
| 178202696 | Unauthorized Enter | | 7753424 | 23:18 | 23:19 |

**08/03/2015**

| Alert # | Description | Comment | Device ID | Occurred | Received |
|---|---|---|---|---|---|
| | Callback (in range) | | 7753424 | 04:09 | 04:07 |
| | Leave | | 7753424 | 10:08 | 10:15 |
| | Enter | | 7753424 | 11:13 | 11:15 |
| | Notification Resumed | | | 12:00 | 12:00 |
| | Leave | | 7753424 | 12:15 | 12:23 |
| | Enter | | 7753424 | 13:22 | 13:24 |
| | Leave | | 7753424 | 14:28 | 14:34 |
| | Enter | | 7753424 | 15:30 | 15:31 |
| | Leave | | 7753424 | 15:34 | 15:41 |
| | Enter | | 7753424 | 18:28 | 18:29 |
| | Leave | | 7753424 | 18:58 | 19:05 |
| | Enter | | 7753424 | 19:54 | 19:55 |

**08/04/2015**

| Alert # | Description | Comment | Device ID | Occurred | Received |
|---|---|---|---|---|---|
| 178295014 | *Unauthorized Leave | | 7753424 | 00:27 | 00:34 |
| 178295480 | Unauthorized Enter | | 7753424 | 00:43 | 00:44 |
| 178305806 | Unauthorized Leave | | 7753424 | 05:02 | 05:09 |
| 178313518 | Unauthorized Enter | | 7753424 | 05:10 | 07:18 |
| 178313519 | Unauthorized Leave | | 7753424 | 05:24 | 07:18 |
| | NET Smart Event - First | Count 5 | 7753424 | 05:50 | 07:18 |
| | NET Smart Event - Last | Count 5 | 7753424 | 07:00 | 07:18 |
| | Enter | | 7753424 | 08:03 | 08:04 |
| | Callback (in range) | | 7753424 | 12:59 | 12:57 |
| | Leave | | 7753424 | 13:36 | 13:43 |
| | Enter | | 7753424 | 14:21 | 14:23 |
| | Leave | | 7753424 | 16:03 | 16:10 |
| | Enter | | 7753424 | 18:02 | 18:04 |



# Activity Summary
## Consolidated

07/21/2015 00:00 - 08/11/2015 23:59

Report Date: 08/12/2015 09:47

**Client:** Holloman, Lance

| Alert # | Description | Comment | Device ID | Occurred | Received |
|---|---|---|---|---|---|
| | Leave | | 7753424 | 18:03 | 18:10 |
| | Enter | | 7753424 | 20:00 | 20:01 |
| | Leave | | 7753424 | 20:04 | 20:13 |
| 178375617 | Did Not Enter | | 7753424 | 22:00 | 22:30 |
| | Notification Suspended | | | 23:06 | 23:07 |
| 178378953 | Unauthorized Enter | | 7753424 | 23:18 | 23:19 |

### 08/05/2015

| Alert # | Description | Comment | Device ID | Occurred | Received |
|---|---|---|---|---|---|
| 178385600 | Unauthorized Leave | | 7753424 | 01:17 | 01:25 |
| 178387933 | Unauthorized Enter | | 7753424 | 02:18 | 02:20 |
| | Callback (in range) | | 7753424 | 06:58 | 06:56 |
| | Leave | | 7753424 | 09:31 | 09:38 |
| | Enter | | 7753424 | 11:08 | 11:09 |
| | Leave | | 7753424 | 11:14 | 11:21 |
| | Enter | | 7753424 | 12:42 | 12:44 |
| | Leave | | 7753424 | 14:14 | 14:21 |
| | Enter | | 7753424 | 14:33 | 14:35 |
| | Leave | | 7753424 | 14:54 | 15:02 |
| | Enter | | 7753424 | 18:18 | 18:20 |
| | Leave | | 7753424 | 18:30 | 18:37 |
| | Enter | | 7753424 | 20:41 | 20:43 |
| | Leave | | 7753424 | 20:43 | 20:51 |
| | Enter | | 7753424 | 21:04 | 21:05 |
| | Leave | | 7753424 | 21:23 | 21:30 |
| | Enter | | 7753424 | 21:45 | 21:49 |

### 08/06/2015

| Alert # | Description | Comment | Device ID | Occurred | Received |
|---|---|---|---|---|---|
| | Callback (in range) | | 7753424 | 02:39 | 02:39 |
| | Leave | | 7753424 | 06:37 | 06:50 |
| | Enter | | 7753424 | 11:19 | 11:20 |
| | Leave | | 7753424 | 11:39 | 11:46 |
| | Enter | | 7753424 | 14:01 | 14:03 |
| | Leave | | 7753424 | 14:17 | 14:24 |
| | Enter | | 7753424 | 17:19 | 17:20 |
| | Leave | | 7753424 | 17:20 | 17:28 |
| | Enter | | 7753424 | 18:39 | 18:40 |
| | Leave | | 7753424 | 18:48 | 18:55 |
| | Enter | | 7753424 | 20:41 | 20:42 |
| | Leave | | 7753424 | 20:42 | 20:49 |
| | Enter | | 7753424 | 21:32 | 21:33 |

### 08/07/2015

| Alert # | Description | Comment | Device ID | Occurred | Received |
|---|---|---|---|---|---|
| | Callback (in range) | | 7753424 | 02:04 | 02:03 |
| | Leave | | 7753424 | 06:15 | 06:22 |
| | Enter | | 7753424 | 06:35 | 06:36 |
| | Leave | | 7753424 | 11:21 | 11:30 |
| | Enter | | 7753424 | 12:22 | 12:25 |
| | Leave | | 7753424 | 12:57 | 13:05 |
| | Enter | | 7753424 | 17:59 | 18:00 |
| | Leave | | 7753424 | 19:15 | 19:22 |
| | Enter | | 7753424 | 19:52 | 19:54 |
| | Leave | | 7753424 | 20:04 | 20:11 |



# Activity Summary
# Consolidated

07/21/2015 00:00 - 08/11/2015 23:59

Report Date: 08/12/2015 09:47

**Client:** Holloman, Lance

| Alert # | Description | Comment | Device ID | Occurred | Received |
|---|---|---|---|---|---|
|  | Enter |  | 7753424 | 21:14 | 21:16 |
|  | Leave |  | 7753424 | 21:25 | 21:32 |
| 178629727 | Did Not Enter |  | 7753424 | 22:00 | 22:30 |
|  | Enter |  | 7753424 | 22:10 | 22:12 |
|  | Leave |  | 7753424 | 22:21 | 22:28 |
| 178630079 | Unauthorized Enter |  | 7753424 | 22:34 | 22:35 |

**08/08/2015**

| Alert # | Description | Comment | Device ID | Occurred | Received |
|---|---|---|---|---|---|
| 178639852 | Unauthorized Leave |  | 7753424 | 01:08 | 01:15 |
|  | Callback (out of range) |  | 7753424 | 06:11 | 06:09 |
|  | Enter |  | 7753424 | 06:14 | 06:16 |
|  | Leave |  | 7753424 | 07:38 | 07:45 |
|  | Enter |  | 7753424 | 15:58 | 15:59 |
|  | Leave |  | 7753424 | 16:48 | 16:55 |
|  | Enter |  | 7753424 | 17:31 | 17:33 |
|  | Leave |  | 7753424 | 20:11 | 20:18 |
|  | Enter |  | 7753424 | 22:06 | 22:07 |

**08/09/2015**

| Alert # | Description | Comment | Device ID | Occurred | Received |
|---|---|---|---|---|---|
|  | Callback (in range) |  | 7753424 | 02:50 | 02:49 |
|  | Leave |  | 7753424 | 13:04 | 13:11 |
|  | Enter |  | 7753424 | 15:06 | 15:07 |
|  | Leave |  | 7753424 | 15:09 | 15:16 |
|  | Enter |  | 7753424 | 16:48 | 16:49 |
|  | Leave |  | 7753424 | 17:22 | 17:29 |
|  | Enter |  | 7753424 | 21:37 | 21:39 |
| 178788145 | Unauthorized Leave |  | 7753424 | 22:55 | 23:02 |

**08/10/2015**

| Alert # | Description | Comment | Device ID | Occurred | Received |
|---|---|---|---|---|---|
| 178796055 | Unauthorized Enter |  | 7753424 | 01:26 | 01:27 |
|  | Callback (in range) |  | 7753424 | 06:10 | 06:08 |
|  | Notification Resumed |  |  | 08:00 | 08:00 |
|  | Leave |  | 7753424 | 08:11 | 08:18 |
|  | Enter |  | 7753424 | 12:56 | 12:57 |
|  | Leave |  | 7753424 | 13:20 | 13:26 |
|  | Enter |  | 7753424 | 13:46 | 13:47 |
|  | Notification Suspended |  |  | 14:26 | 14:26 |
|  | Leave |  | 7753424 | 14:26 | 14:36 |
|  | Enter |  | 7753424 | 16:31 | 16:33 |
|  | Leave |  | 7753424 | 18:02 | 18:11 |
|  | Enter |  | 7753424 | 19:56 | 19:58 |
|  | Leave |  | 7753424 | 20:22 | 20:32 |
|  | Enter |  | 7753424 | 20:52 | 20:53 |
|  | Leave |  | 7753424 | 21:13 | 21:21 |
| 178872137 | Did Not Enter |  | 7753424 | 22:00 | 22:30 |
| 178872200 | Unauthorized Enter |  | 7753424 | 22:30 | 22:32 |

**08/11/2015**

| Alert # | Description | Comment | Device ID | Occurred | Received |
|---|---|---|---|---|---|
|  | Callback (in range) |  | 7753424 | 03:14 | 03:12 |
| 178914636 | Power Loss |  | 7753424 | 13:01 | 13:01 |
|  | Receiver Motion Event |  | 7753424 | 13:01 | 13:01 |
|  | Receiver Stationary Event |  | 7753424 | 13:05 | 13:10 |



## Activity Summary
## Consolidated

07/21/2015 00:00 - 08/11/2015 23:59

Report Date: 08/12/2015 09:47

**Client:** Holloman, Lance

| Alert # | Description | Comment | Device ID | Occurred | Received |
|---|---|---|---|---|---|
| | Leave | | 7753424 | 13:07 | 13:14 |
| | Receiver Motion Event | | 7753424 | 13:15 | 13:16 |
| | Receiver Stationary Event | | 7753424 | 13:17 | 13:22 |
| 178918375 | Client Inactivated | | | 13:57 | 13:57 |

\* - alert is paired with a resolver event